IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

CHAD SPENCER                                                                                    PLAINTIFF
#172548

v.                                    Case No. 4:20-cv-00172-LPR

DOES                                                                                          DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on April 14, 2020, it is considered, ordered, and adjudged that this case is DISMISSED without prejudice. The Court certifies that an *in forma pauperis* appeal from this Judgment and accompanying Order would not be taken in good faith, pursuant to 28 U.S.C. § 1915(a)(3).

IT IS SO ADJUDGED this 14th day of April 2020.

_____
UNITED STATES DISTRICT JUDGE